IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS E. MORIARTY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv6 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLIED INTERSTATE, and CRAIG KNIGHT, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 11 be stricken from the record for the following reason:

- Duplicate document of number 10.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 11 from the record.

DATED this 3rd day of May, 2005.

BY THE COURT:

s/LYLE E. STROM, Senior Judge
United States District Court