IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS E. MORIARTY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV6 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLIED INTERSTATE, INC., and | ) | ORDER |
| CRAIG KNIGHT, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

 IT IS ORDERED that a hearing on plaintiff's request for default is scheduled for:

**Friday, August 26, 2005, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Nebraska.

 DATED this 11th day of August, 2005.

 BY THE COURT:

 /s/ Lyle E. Strom
 _____
    LYLE E. STROM, Senior Judge
    United States District Court